IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------    :
UNITED STATES OF AMERICA                      :
                                              :  CASE NO.   5:05CR131-26
                               Plaintiff      :
                                              :
         -vs-                                 :
                                              :
JENNIFER WHITE                                :  ORDER ACCEPTING PLEA AGREEMENT
                                              :  AND JUDGMENT AND NOTICE OF
                               Defendant      :  HEARING
------------------------------------------    :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge James S. Gallas regarding the change of plea hearing and plea agreement of Jennifer White which was referred to the Magistrate Judge with the consent of the parties.

     On 16 March 2005, the government filed a one-count indictment against Jennifer White for conspiracy to possess with the intent to distribute and distribution of controlled substances in violation of 21 U.S.C. § 846.  On 14 April 2005, a hearing was held in which Jennifer White entered a plea of not guilty before Magistrate Judge James S. Gallas.  On 22 June 2006, Magistrate Gallas received Jennifer White's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Jennifer White is found to be competent to enter a plea. She understands her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Jennifer White is adjudged guilty of Count One in violation of 21 U.S.C. § 846.

Sentencing will be:

>**12 October 2006 at 3:30 p.m.**
>
>**Courtroom 18-A**
>**18th Floor the United States District Court**
>**801 West Superior Avenue**
>**Cleveland, Ohio 44113**

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: <u>17 July 2006</u>